# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DANNY SALDANA,<br><br>　　　　　Defendant. | Case No. 1: 13 mj 254 SAB<br><br>ORDER DEFERRING ISSUANCE OF ARREST WARRANT UNTIL DEFENDANT'S INITIAL APPEARANCE |

　　　The United States has presented and filed a criminal complaint to which this Court has found probable cause to issue an arrest warrant. However, the United States is requesting that the issuance of the arrest warrant be deferred at least until the defendant's initial appearance scheduled for December 12, 2013. Good cause existing,

　　　IT IS HEREBY ORDERED that having found probable cause on the criminal complaint and affidavit, the issuance of the warrant is deferred until at least the defendant's initial and shall not issue absent further Court order.

IT IS SO ORDERED.

　Dated:　__**December 9, 2013**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1